IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL WAGNER, | CASE NO. 5:13-cv-04699 EJD |
| Plaintiff(s), | **ORDER DISMISSING CASE** |
| v. | |
| XAVIER DE LA TORRE, et. al., | |
| Defendant(s). | |

On February 25, 2014, the court granted Defendants' Motion to Dismiss and ordered Plaintiff to file an amended complaint on or before March 14, 2014. See Docket Item No. 26. The court further advised Plaintiff that failure to file an amended complaint as directed could result in the dismissal of this action without further notice.

As of this date, Plaintiff has not filed an amended complaint or otherwise indicated a reason for not doing so. Accordingly, this case is DISMISSED WITH PREJUDICE for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b). The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: March 18, 2014

EDWARD J. DAVILA
United States District Judge